# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| G3 Sales BV and G3 Rental BV, | Case No.: 3:17-cv-00958-WHO |
| Plaintiffs, | **ORDER** |
| v. | |
| Advanced Shelter Systems, Inc., | |
| Defendant. | |

Under consideration of the parties' Stipulation to Continue Case Management Conference, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

The currently scheduled case management conference date of May 30, 2017 at 2:00 p.m. is rescheduled to June 27, 2017 at 2:00 p.m.

The parties' deadlines for filing and/or serving the Case Management Statement and initial disclosures are extended by the same amount of time.

**IT IS SO ORDERED.**
Dated: May 23, 2017

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE