UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| G3 Sales BV and G3 Rental BV,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Advanced Shelter Systems, Inc.,<br><br>　　　　Defendant. | Case No.: 3:17-cv-00958-WHO<br><br>**ORDER** |

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice.
2. Each party shall bear its own costs and attorneys' fees.
3. The Court shall retain jurisdiction over the matter and the parties to enforce the terms of the parties' May 24, 2017 Settlement Agreement.

**IT IS SO ORDERED.**

Dated: June __22__, 2017

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE